Nadja Yang
200 E Liberty St Lbby Unit 7760
Ann Arbor MI 48107
M: Nadja Yang <nadja@njy.dev>
C: tel:332.203.3124
S: Maintained
Debtor and Appellant *pro se*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
San Francisco Division

In re:
NADJA YANG,
*Debtor.*

NADJA YANG,
*Appellant,*
v.
REGENTS OF THE UNIVERSITY OF MICHIGAN, *et al.*,
*Appellees.*

No. 3:26-cv-07259-WHO
Bankr. No. 26-30507 WJL (Bankr. N.D. Cal.)
The Honorable William H. Orrick

**CERTIFICATE OF SERVICE**
Fed. R. Bankr. P. 8011(d)

On August 20, 2026, I filed the Emergency Ex Parte Motion for Protective Order, with the supporting declaration and proposed order, ECF No. 5.

I certify that on August 21, 2026, ECF No. 5 was served by first-class mail, postage prepaid, on each party identified in Part 3 of the Notice of Appeal, Bankr. Dkt. 29, addressed as follows:

Regents of the University of Michigan
President
3190 Ruthven Building
1109 Geddes Ave
Ann Arbor, MI 48109-1006

Office of the U.S. Trustee / SF
U.S. Trustee
Phillip J Burton Federal Building
450 Golden Gate Ave 5th Fl #05-0153
San Francisco, CA 94102

Marlene G. Weinstein
1511 Sycamore Ave Ste M PMB 259
Hercules, CA 94547-1770

The certificates of mailing, Nos. CM-88115-0016.1, CM-88115-0016.2, and CM-88115-0016.3, are attached.

Dated: August 29, 2026

Respectfully submitted,

/s/ Nadja Yang

Nadja Yang, Debtor and Appellant *pro se*