UNITED STATES POSTAL SERVICE®
Approved Postal Provider®

CASEMAIL®

www.CaseMail.us

# CERTIFICATE OF MAILING

On: Aug 21, 2026

The United States Postal Service verified acceptance and mailing of the enclosed documents marked with the CASEMAIL ID, postage pre-paid with sufficient postage, to the following recipients:

**ON BEHALF OF:**

Nadja Yang
200 E Liberty St Lbby Unit 7760
Ann Arbor,MI 48107

**RECIPIENT:**

Marlene G. Weinstein
1511 Sycamore Ave Ste M PMB 259
Hercules, CA 94547-1770

## MAILING HISTORY

Observations:

| | |
|---|---|
| MAILED ON: | Aug 21, 2026 |
| POSTAGE TYPE: | First Class Package |
| CASEMAIL ID: | CM-88115-0016.2 |
| USPS BARCODE: | Mailed |

**USPS SCAN**

**CASEMAIL ID**

CM-88115-0016.2

## Affirmation of Truth and Service

Pursuant to 28 U.S.C. § 1746

I, Joe L. Ruiz, declare that I am not a party to this action, am over 18 years of age, and that I mailed/served the above-referenced document(s) bearing the CaseMail ID listed above in the manner shown by depositing them in an official depository under the exclusive care and custody of the United States Postal Service, properly addressed and with sufficient postage, to the recipients listed above or on the attached mailing list.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America that the foregoing is true and correct, except as to matters stated upon information and belief, and as to those matters I believe them to be true, and I understand that this declaration may be filed in an action or proceeding in a court of law.

Digital Stamp

DATE: Aug 21, 2026

/S/ Joe L. Ruiz

Vertrius, Corp. d/b/a CaseMail
16192 Coastal Highway
Lewes, DE 19958

**Document Verification**

Copies of documents, along with applicable mailing certificates and delivery certificates, are archived and accessible to authorized parties.