Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**August 31, 2026**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**26-cv-07259-WHO**

Amended

**Re: Transmittal of Record on Appeal to District Court:**

**Nadja Yang, Case No. 26-30507, Judge William J. Lafferty**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

- [x] Docket Report
- [x] Certificate of Record
- [x] Appellant's Designation of Items and Statement of Issues
- [ ] Appellee's Designation of Additional Items (if applicable)
- [ ] Cross-Appellant's Designation of Additional Items and Statement of Issues (if applicable)
- [ ] Cross-Appellee's Designation of Additional Items (if applicable)
- [x] Certificate of No Transcript Requests (if applicable)
- [ ] Statement of Evidence When a Transcript is Unavailable (if applicable)
- [ ] Agreed Statement as the Record on Appeal (if applicable)
- [x] Other

If you have any questions, please contact me at **888-821-7606** .

Edward Emmons, Clerk
United States Bankruptcy Court

Reset Form

By: */s/ Ron Rombawa*

Ron Rombawa, Deputy Clerk