Nadja Yang
200 E Liberty St Lbby Unit 7760
Ann Arbor, MI 48107
M: Nadja Yang <nadja@njy.dev>
C: tel:332.203.3124
Debtor and Appellant *pro se*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

In re:

NADJA YANG,

*Debtor.*

NADJA YANG,

*Appellant,*

v.

REGENTS OF THE UNIVERSITY OF MICHIGAN, *et al.*,

*Appellees.*

No. 3:26-cv-07259-WHO

Hon. William H. Orrick

**CERTIFICATE OF SERVICE**

Fed. R. Bankr. P. 8011(d)

Fed. R. Bankr. P. 8018(a)(2)

Fed. R. Bankr. P. 9006(f)

I certify that Appellant's Opening Brief, ECF No. 8, filed through the Court's electronic-filing system on October 5, 2026, was served, as docketed:

On the Regents of the University of Michigan, by email to Robert C. Folland of Barnes & Thornburg LLP at Rob.Folland@btlaw.com, bearing the header Date: Tue, 6 Oct 2026 02:51:10 -0400 (October 5, 2026, 23:51:10 PDT),[1] answered by a message bearing Date: Tue, 6 Oct 2026 12:42:14 +0000 (October 6, 2026, 05:42:14 PDT): "Received. Thank you."[2] Also by first-class mail on October 7, 2026, to Amy C. Poyer, Barnes & Thornburg LLP, Los Angeles, as shown in the attached CaseMail CM-88115-0022.6. The Regents' "[l]ast day for Appellee to file principal and response brief" is "30 days after service of Appellant's brief," November 4, 2026. ECF No. 2; Fed. R. Bankr. P. 8018(a)(2), 8011(c)(3).

On the Office of the United States Trustee, Region 17, by first-class mail on October 7, 2026, as shown in the attached CaseMail CM-88115-0022.1. The Trustee's "[l]ast day for Appellee to file principal and response brief" is "30 days after service of Appellant's brief," November 9, 2026. ECF No. 2; Fed. R. Bankr. P. 8018(a)(2), 8011(c)(3), 9006(f).

On Marlene G. Weinstein, Chapter 7 Trustee, by first-class mail on October 7, 2026, as shown in the attached CaseMail CM-88115-0022.2. Ms. Weinstein's "[l]ast day for Appellee to file principal and response brief" is "30 days after service of Appellant's brief," November 9, 2026. ECF No. 2; Fed. R. Bankr. P. 8018(a)(2), 8011(c)(3), 9006(f).

---

[1] Message-ID: <CADUZv3iX6xPdWHqLvfWJnmx+==TNHiOjj1pBTfNkuVjo2wkvtQ@mail.gmail.com>. Attachment 035127746533.pdf, SHA-256 b11d968be1e0042977eb487615ea89c0d44a671889b96e80450e25361129b185.

[2] Message-ID: <SA1PR17MB7539710BA7381E6E9E4DCE42EA952@SA1PR17MB7539.namprd17.prod.outlook.com>; In-Reply-To: <CADUZv3iX6xPdWHqLvfWJnmx+==TNHiOjj1pBTfNkuVjo2wkvtQ@mail.gmail.com>.

Dated: October 14, 2026

Respectfully submitted,

/s/ Nadja Yang

Nadja Yang, Debtor and Appellant *pro se*

Assisted-by: Claude Fable 5.1 via Claude Code